IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 1:08cr2-SPM/AK

DOVICO RAYNARD MILES,

         Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

          Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, DOVICO RAYNARD MILES, to

Count One of the indictment is hereby **ACCEPTED**.  All parties shall appear

before this Court for sentencing as directed.

          DONE AND ORDERED this 23rd day of July, 2008.

          _s/ Stephan P. Mickle_____
          Stephan P. Mickle
          United States District Judge