IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 1:08cr2-SPM/AK

DOVICO MILES,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's motion to continue his sentencing hearing (doc. 68) is granted. The sentencing hearing is reset for 1:30 p.m. on November 3, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 1st day of October, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge