IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                  CASE NO.: 1:08cr2-SPM/AK

DOVICO MILES,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's motion to continue his sentencing hearing (doc.72) is granted.  The sentencing hearing is reset for 1:30 p.m. on December 8, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 3rd day of November, 2008.

                             *s/ Stephan P. Mickle*
                             Stephan P. Mickle
                             United States District Judge